**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

In re: William Joseph Goulette
   a/k/a William-Joseph; Goulette      Case No. 15-mc-26-LM

**REPORT AND RECOMMENDATION**

William Joseph Goulette has filed a document (doc. no. 1) in this court seeking "Alien Declarant Court Action." The document is difficult to understand, at best. Construing the document liberally, as Goulette is proceeding pro se, see Erickson v. Pardus, 551 U.S. 89, 94 (2007), Goulette's filing appears to seek this court's administration to Goulette of an "Alien Declarant Repatriation - Oath of Allegiance," the text of which is attached to Goulette's filing.

The gist of Goulette's request, it seems, is that the United States of America and the State of New Hampshire are not sovereign states. Goulette feels that by virtue of the issuance of his birth certificate, which renders him a citizen of the "'Lesser' United States of America," he has become an alien in the "American Republic of the greater United States of America," the sovereign to which he seeks to declare allegiance and "repatriate."

Goulette has not asserted any basis in law upon which this

court may authorize him either to renounce his citizenship, or to repatriate to any other sovereign, by oath. Accordingly, Goulette has failed to state any right to relief, and the district judge should deny Goulette's request for relief and dismiss this action.

## Conclusion

For the foregoing reasons, the court recommends that this matter be dismissed in its entirety. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

_____
Andrea K. Johnstone
United States Magistrate Judge

May 20, 2015

cc: William Joseph Goulette, pro se